[Civil No. 501.]

THE SANTA FE, PRESCOTT AND PHŒNIX RAIL-WAY COMPANY, Appellant, v. JOSEPH HURLEY, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. J. D. Bethune, Judge.

Judgment affirmed, with costs and interest, by divided court. 43 L. Ed. 1183.

Johnston & Sloan, L. H. Chalmers, Associate Counsel, for Appellant.

J. F. Wilson, and Herndon & Norris, for Appellee.

January 30, 1897.  Affirmed.